THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GABRIEL HOYLE, Appellant. [891 NYS2d 660]—

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Prudenti, P.J., Mastro, Rivera and Skelos, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TONY KEMPSEY, Appellant. [891 NYS2d 659]

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes,* 463 US 745 [1983]; *People v Stultz,* 2 NY3d 277 [2004]). Prudenti, P.J., Mastro, Rivera and Miller, JJ., concur.